UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DARYLL LUCAS
PLAINTIFF
VS
LACINDA ELGAN ETAL
DEFENDANTS

CASE NO: 2:23-CV-01688-ART-BNW

MOTION FOR PRELIMINARY INJUNCTION.

A PRELIMINARY INJUNCTION IS TO BE USED WHEN THERE IS NO OTHER WAY TO RESOLVE THE ISSUE AND FURTHER WHEN IRREPARABLE DAMAGE WOULD OCCUR OR IS OCCURING IF THE ISSUE IS NOT RESOLVED. IN THIS CASE MR LUCAS RIGHT TO DUE PROCESS OF LAW IS BEING VIOLATED IN THAT THE DEFENDANTS ARE PROHIBITING HIM FROM FILING LEGAL DOCUMENTS IN THE COURT. THOSE DOCUMENTS INCLUDE MOTION TO DISMISS COUNSEL AND SENTENCE MODIFICATION. FURTHER MR LUCAS RIGHT TO EQUAL PROTECTION IS BEING VIOLATED. NEVADA STATE COURTS HAVE TIME RESTRICTIONS AND THE DEFENDANTS ARE PLACING MR LUCAS IN A DANGEROUS SITUATION TO BE TIME BARRED. FURTHER DEFENDANT RUTLEDGE FALSIFIED EXTRADITION DOCUMENTS. MR LUCAS HAS SUBMITTED EXHIBITS. HE NEEDS THIS COURTS IMMEDIATE INTERVENTION

DATED THIS 14th DAY OF NOVEMBER 2023

X Daryll Lucas

Exhibit ONE

Exhibit ONE

# FORM I

## INTERSTATE AGREEMENT ON DETAINERS

One copy of this form, signed by the inmate and the warden, should be retained by the warden. One copy, signed by the warden should be retained by the inmate.

## NOTICE OF UNTRIED INDICTMENT, INFORMATION OR COMPLAINT AND OF RIGHT TO REQUEST DISPOSITION

Inmate: Lucas, Daryll NDOC # 1249815 High Desert State Prison

### NOTICE OF UNTRIED INDICTMENT, INFORMATION OR COMPLAINT

Pursuant to the Interstate Agreement on detainers (IAD), you are hereby informed that a detainer has been lodged for the following untried indictments, information, or complaints against you concerning which the undersigned has knowledge, and the source and contents of each:

(1) Jurisdiction/Agency: County of Stanislaus (CA)

Crime(s) charged: Warrant #CR21006299 (Oral Copulation Victim Under 10 yrs (2 Counts) (F), L&L w/Child Under 14 by Force (F), L&L w/Child Under 14 (F)).

(2) Jurisdiction/Agency: ______________________

Crime(s) charged: ______________________

(3) Jurisdiction/Agency: ______________________

Crime(s) charged: ______________________

### RIGHT TO REQUEST DISPOSITION OF CHARGES AND TO SPEEDY TRIAL

You are hereby further advised that under the IAD you have the right to request the appropriate prosecuting officer of the jurisdiction in which any such indictment, information or complaint is pending, and the appropriate court, that a final disposition be made thereof. You shall then be brought to trial within 180 days, unless extended pursuant to provisions of the IAD, after said prosecuting officer and said court have received written notice of the place of your imprisonment and your request, together with a certificate of the custodial authority as more fully set forth in the IAD. However, the court having jurisdiction of the matter may grant any necessary or reasonable continuance.

### WAIVER AND CONSENT

Your request for final disposition will operate as a request for final disposition of all untried indictments, information or complaints on the basis of which detainers have been lodged against you from the state to whose

prosecuting official your request for final disposition is specifically directed. Your request will also be deemed to be a waiver of extradition with respect to any charge or proceeding contemplated thereby or included therein and a waiver of extradition to the state of trial to serve any sentence there imposed upon you, after completion of your term of imprisonment in this state. Your request will also constitute a consent by you to the production of your body in any court where your presence may be required in order to effectuate the purposes of the IAD and a further consent to be voluntarily returned to the institution in which you are now confined.

Should you desire such a request for final disposition of any untried indictment, information or complaint, you are to notify Mark Rutledge of the institution in which you are confined.

## RIGHT TO OPPOSE REQUEST FOR TEMPORARY CUSTODY

You are also advised that under provisions of the IAD the prosecuting officer of a jurisdiction in which any such indictment, information or complaint is pending may request your temporary custody to obtain a final disposition thereof. In that event, you may oppose such request. You may request the Governor of this state to disapprove any such request for your temporary custody but you cannot oppose delivery on the grounds that the Governor has not affirmatively consented to or ordered such delivery. You are also entitled to the procedural protections provided in state extradition laws.

WARRANTS COORDINATOR

Dated: July 17, 2023

## CUSTODIAL AUTHORITY

Name: MARK RUTLEDGE, WARRANTS COORDINATOR

Institution: HIGH DESERT STATE PRISON

Address: 5500 SNYDER AVENUE

City/State: CARSON CITY, NV 89702

Telephone: 775-887-3284

## RECEIVED

INMATE: ______________________ NO: 1249815 DATE: ______________
(Signature)

WITNESS: ______________________ DATE: ______________
(Signature)

______________________
(Typed or Printed Name and Title)

# FORM II

## INTERSTATE AGREEMENT ON DETAINERS

Six copies, if only one jurisdiction within the state involved has an indictment, information or complaint pending. Additional copies will be necessary for prosecuting officials and clerks of court if detainers have been lodged by other jurisdictions within the state involved. One copy should be retained by the inmate. One signed copy should be retained by the institution. Signed copies must be sent to the Agreement Administrators of the sending and receiving states, the prosecuting official of the jurisdiction which placed the detainer, and the clerk of the court which has jurisdiction over the matter. The copies for the prosecuting official and the court must be transmitted by certified or registered mail, return receipt requested.

## INMATE'S NOTICE OF PLACE OF IMPRISONMENT AND REQUEST FOR DISPOSITION OF INDICTMENTS, INFORMATIONS OR COMPLAINTS

TO: (1) Jeff Laugero Prosecuting Officer County of Stanislaus (CA)
(Jurisdiction)

(2) Clerk of Superior Court County of Stanislaus (CA)
(Jurisdiction)

And to all other prosecuting officers and courts of jurisdictions listed below in which indictments, informations or complaints are pending.

You are hereby notified that the undersigned, Lucas, Darryll NDOC #1249815, is now
(Inmate's Name and Number)

imprisoned in High Desert State Prison at Carson City - Nevada
(Institution) (City and State)

I hereby request that final disposition be made of the following indictments, informations or complaints now pending against me: Warrant #CR21006299 (Oral Copulation Victim Under 10 yrs (2 Counts)(F), L&L w/Child Under 14 by Force (F), L&L w/Child Under 14 (F)).

Failure to take action in accordance with the Interstate Agreement on Detainers (IAD), to which your state is committed by law, will result in the invalidation of the indictments, informations or complaints.

I hereby agree that this request will operate as a request for final disposition of all untried indictments, informations or complaints on the basis of which detainers have been lodged against me from your state. I also agree that this request shall be deemed to be my waiver of extradition to your state for any proceeding contemplated hereby, and a waiver of extradition to your state to serve any sentence there imposed upon me, after completion of my term of imprisonment in this state. I also agree that this request shall constitute a consent by me to the production of my body in any court where my presence may be required in order to effectuate the purposes of the IAD and a further consent to be returned to the institution in which I now am confined.

If jurisdiction over this matter is properly in another agency, court, or officer, please designate the proper agency, court, or officer and return this form to sender.

The required Certificate of Inmate Status (Form III) and Offer of Temporary Custody (Form IV) are attached.

| | | |
|---|---|---|
| Daryll Lucas NDOC# 1249815 | | |
| Inmate's Printed Name and Number | Inmate's Signature | Date |
| | | |
| Witness' Printed Name and Title | Witness' Signature | Date |

WARRANTS COORDINATOR

Dated: July 17, 2023

**CUSTODIAL AUTHORITY**

Name/Title: **MARK RUTLEDGE, WARRANTS COORDINATOR**

Institution: HIGH DESERT STATE PRISON

Address: 5500 SNYDER AVENUE

City/State: CARSON CITY, NEVADA 89702

Telephone: 775-887-3284

ESMERALDA Co.

# FORM III

## INTERSTATE AGREEMENT ON DETAINERS

In the case of an inmate's request for disposition under Article III, copies of this Form should be attached to all copies of Form II. In the case of a request initiated by a prosecutor under Article IV, a copy of this Form should be sent to the prosecutor upon receipt by the warden of Form V. Copies of this Form should be sent to all other prosecutors in the same state who have lodged detainers against the inmate. A copy may be given to the inmate.

## CERTIFICATE OF INMATE STATUS

Lucas, Daryll — 1249815
**(Inmate)** **(Number)**

High Desert State Prison — Carson City (NV)
(Institution) (Location)

NEVADA DEPT OF CORRECTIONS hereby certifies:
(Custodial authority)

1. The inmate's commitment offense: (CR21-909 – Sexual Assault)
2. Under which the inmate is being held: 10 years min/Life max
3. The time already served: 34,903 DAYS FLAT (Posted Date 07/01/2023)
4. Time remaining to be served on the sentence N/A (Posted Date 07/01/2023)
5. The amount of good time earned: N/A (Posted Date 07/01/2023)
6. The date of parole eligibility of the inmate: 06/21/2031
7. The decisions of the state parole agency relating to the inmate: (If additional space is needed, use reverse side.)
   Last Board Date: NA Action: NA
8. Maximum expiration date under present sentence: N/A
9. Security **level**/special security requirements: __________
10. Detainers currently on file against this inmate from your state: ______________________

# FORM IV

## INTERSTATE AGREEMENT ON DETAINERS

Inmate's request: Copies of this Form should be attached to all copies of Form II. Prosecutor's request: This Form should be completed after the warden has approved the request for temporary custody, expiration of the 30 day period, and successful completion of a pre-transfer hearing. Copies of this Form should then be sent to all officials who receive(d) copies of Form III. One copy also should be given to the inmate and one copy should be retained by the institution. Copies mailed to the prosecutor should be sent certified or registered mail, return receipt requested.

## OFFER TO DELIVER TEMPORARY CUSTODY

**TO:** Jeff Laugero (District Attorney) Prosecuting Office County of Stanislaus (CA)
(Jurisdiction)

And to all other prosecuting officers and courts of jurisdictions listed below from which indictments, information or complaints are pending.

**RE:** Lucas, Daryll No. 1249815
(Inmate)

Pursuant to Article V of the Interstate Agreement on Detainers (IAD), the undersigned hereby offers to deliver temporary custody of the above-named inmate to the appropriate authority in your state in order that speedy and efficient prosecution may be had of the indictment, information or complaint which is:

☒ described in the attached inmate's request (Form II)
☐ described in your request for custody (Form V) of ____________
(Date)

The required Certificate of Inmate Status (Form III)
☒ is enclosed
☐ was sent to you with our letter of ____________
(Date)

Indictments, information or complaints charging the following offenses are **also** pending against the inmate in your state and you are hereby authorized to transfer the inmate to the custody of appropriate authorities in these jurisdictions for purposes of disposing of these indictments, information or complaints.

| **Offense:** | **County or Other Jurisdiction:** |
|---|---|
| ______________________ | ______________________ |
| ______________________ | ______________________ |
| ______________________ | ______________________ |

**If you do not intend to bring the inmate to trial, please inform us as soon as possible.**

[signature]
WARRANTS COORDINATOR

Date: July 17, 2023

**CUSTODIAL AUTHORITY**

Name/Title: MARK RUTLEDGE, WARRANTS COORDINATOR

Institution: HIGH DESERT STATE PRISON

Address: 5500 SNYDER AVE

City/State: CARSON CITY, NEVADA 89702

Telephone: 775-887-3284