**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Daryll Lucas, | Case No. 2:23-cv-01688-ART-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Lacinda Elgan, et al., | |
| Defendants. | |

Plaintiff, through the U.S. Marshal, previously attempted service on Defendant Lacinda Elgan. ECF No. 30. The summons was returned unexecuted because the person at that address was unable to accept service on behalf of Ms. Elgan. ECF No. 36. This Court recently granted Plaintiff an extension of time to re-serve Ms. Elgan. ECF No. 41. As part of the re-service procedure, the Court enters the following order.

**IT IS ORDERED** that the Clerk of Court is kindly directed to: (1) issue a summons to Defendant Elgan; (2) deliver the summons, one copy of the ECF No. 15 complaint, and this Order to the U.S. Marshal to re-serve Defendant Elgan; and (3) mail Plaintiff one blank copy of Form USM-285. Once Plaintiff receives the USM-285 form, Plaintiff must fill in an updated address for Defendant Elgan.

**IT IS FURTHER ORDERED** that Plaintiff has until December 5, 2024, to send to the U.S. Marshal the required Form USM-285.

**IT IS FURTHER ORDERED** that the U.S. Marshal must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendant Elgan no later than January 2, 2025.

DATED: November 7, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE