UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARYLL LUCAS,<br><br>    Plaintiff,<br><br>v.<br><br>LACINDA ELGAN, *ET AL.*,<br><br>    Defendants. | Case No. 2:23-cv-01688-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    Plaintiff, Lucas Daryll, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice, against Defendant Mark Rutledge, by order of this Court, with each party to bear their own costs.[1]

DATED this 5th day of November, 2024.

By: /s/ Daryll Lucas
Daryll Lucas (NDOC # 1249815)
Plaintiff, Pro Se

///

///

///

DATED this 5th day of November, 2024.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

---

[1] To the extent this Court requires a response to Plaintiff's Motion to Dismiss Claim Against Defendant Mark Rutledge (ECF No. 38), this Stipulation will act as a non-opposition to that motion.

Page 1 of 2

**ORDER**

Based on the Stipulation to Dismiss with Prejudice (ECF No. 42), and good cause showing, the above-captioned action is dismissed with prejudice, against Defendant Mark Rutledge.

It is further ordered that the Court finds Plaintiff's Motion to Dismiss Claim Against Defendant Mark Rutledge (ECF No. 38) moot in light of this dismissal with prejudice.

_____
Anne R. Traum
United States District Judge

DATED: November 12, 2024