UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARYLL LUCAS,<br><br>            Plaintiff,<br>v.<br>LACINDA ELGAN,<br><br>            Defendant. | Case No. 2:23-cv-01688-ART-BNW<br><br>ORDER |

*Pro se* Plaintiff Daryll Lucas moves for an extension of time to file an objection to Magistrate Judge Brenda Weksler's report and recommendation ("R&R"). (ECF No. 60.) Plaintiff requests a 30-day extension to file an objection because he did not receive the R&R until approximately one month after it was issued. (*Id.* at 2.)

Good cause appearing, the Court orders that Plaintiff's motion for an extension of time (ECF No. 60) is granted.

Plaintiff has until July 14, 2025, to file his opposition to Judge Weksler's R&R (ECF No. 55).

DATED: June 13, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1