UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARYLL LUCAS,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>LACINDA ELGAN,<br><br>　　　　　　　　　Defendant. | Case No. 2:23-cv-01688-ART-BNW<br><br>ORDER |

　　　　Pending before the Court is *pro se* Plaintiff Daryll Lucas's motion for default judgment (ECF No. 20) and associated motion requesting a minute order (ECF No. 21). In September 2024, Lucas requested default judgment against Defendant Mark Rutledge. (ECF No. 20.) In November 2024, the Court granted the parties' stipulation to dismiss Rutledge from this case after Lucas and Rutledge reached a settlement. (ECF Nos. 33, 44.) Lucas's motion for judgment against Rutledge and his associated motion requesting a minute order are therefore moot.

　　　　The Court therefore DENIES as moot Plaintiff's motion for default judgment (ECF No. 20).

　　　　The Court further DENIES as moot Plaintiff's motion for a minute order (ECF No. 21).

　　　　DATED: June 13, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1