IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

DARYLL LUCAS,

    Plaintiff,

vs.

LACINDA ELGAN, KIMBERLY WANKER, and MARK RUTLEDGE,

    Defendants.

Case No.: 2:23-cv-01688-ART-BNW

**ORDER GRANTING**

STIPULATION FOR DISMISSAL WITH PREJUIDCE

    COMES NOW, Defendant, LACINDA ELGAN, by and through her Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and Plaintiff, DARYLL LUCAS, *in pro se*, and hereby stipulate that the above-entitled action may be dismissed in its entirety, with prejudice, with all parties to bear their own court costs and attorney's fees.

///

///

///

///

ERICKSON, THORPE & SWAINSTON, LTD.

1

DATED this 21st day of November, 2025.

ERICKSON, THORPE & SWAINSTON, LTD.

*[signature: Brent R.]*

BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 South Arlington Ave., Suite 205
Reno, Nevada 89509
Telephone: (775) 786-3930
*Attorneys for Defendant ELGAN*

///
///

DATED this 12 day of November, 2025.

By *[signature: Daryll Lucas]*
DARYLL LUCAS
*Plaintiff, In Proper Person*

///

### ORDER

Upon good cause appearing,

IT IS SO ORDERED.

*[signature]*

Anne R. Traum
United States District Judge

DATED: November 26, 2025